USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 12/3/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

1199/SEIU UNITED HEALTHCARE WORKERS EAST,

          Plaintiff,

- against -

SOUTH BRONX MENTAL HEALTH COUNCIL INC.,

          Defendant.

---

13 Civ. 2768 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The Court has received the Report and Recommendation of Magistrate Judge Francis dated November 13, 2013 after an inquest on damages following this Court's determination that the plaintiff was entitled to a default judgment. The defendant has failed to assert any objections to the Report and Recommendation and the time for filing such objections has passed. In any event, the Court concludes that the Report and Recommendation are well founded and should be adopted.

Therefore, the Court adopts the Report and Recommendation. The Court directs the Clerk to enter judgment in favor of the plaintiff and against the defendant in the amount of $501,298.69 in back pay, $4,647.00 in attorney's fees, and $610.00 in costs, for a total monetary judgment of $506,555.69.

The Clerk is also directed to close all pending motions.

SO ORDERED.

Dated:   New York, New York
         December 2, 2013

                                    _____
                                    John G. Koeltl
                                    United States District Judge

2